

# PRAECIPE FOR WARRANT

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:19cr137 DPJ

BALDOMERO OROZCO-JUAREZ
a/k/a Juan Ayala-Lopez
 (Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of August, 2019.

This the 19th day of August, 2019.

> D. MICHAEL HURST, JR.
> United States Attorney
>
> By: _____
> Herbert S. Carraway
> ASSISTANT UNITED STATES ATTORNEY
> MSB # 104163

Warrant issued: _____

(HSC/ICE)